UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN FAVIS,

Plaintiff,

v.

DARYL MALLORI, et al.,

Defendants.

Case No. 2:25-cv-1030-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. No. 5)

Plaintiff initiated this civil right action by filing his complaint on April 7, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) On April 29, 2025, the assigned magistrate judge screened that complaint, found it deficient and granted plaintiff leave to file an amended complaint curing the noted deficiencies within thirty (30) days. (Doc. No. 3.) Plaintiff filed a first amended complaint. (Doc. No. 4.) On May 9, 2025, the magistrate judge issued findings and recommendations recommending that plaintiff's first amended complaint be dismissed for failure to state a cognizable claim and as barred by application of the *Rooker-Feldman* doctrine. (Doc. No. 5.) The magistrate judge also concluded that because plaintiff had failed to cure the previously noted pleading deficiencies and in light of the nature of those deficiencies that the granting of further leave to amend would by futile and unwarranted. (*Id.* at 4.) Those findings and recommendations were served on plaintiff at his address of record and contained notice that

/////

any objections to the findings and recommendations were to be filed within fourteen days. (*Id.*) No objections were filed by plaintiff and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued May 9, 2025 (Doc. No. 5), are ADOPTED;
2. Plaintiff's first amended complaint (Doc. No. 4), is DISMISSED without leave to amend for failure to state a cognizable claim; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE